### 45677. NORTHBROOK PROPERTY & CASUALTY INSURANCE COMPANY v. BABYAK et al.

(373 SE2d 21)

PER CURIAM.

After plenary consideration of this matter (*Northbrook Property &c. Ins. Co. v. Babyak,* 186 Ga. App. 339 (367 SE2d 567) (1988)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED SEPTEMBER 7, 1988.

*Drew, Eckl & Farnham, Ann Bishop Conn, John G. Blackmon, Jr.,* for appellant.
*Michael D. Usry, Jack O. Morse,* for appellees.